UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

***Electronically Filed***

| | | |
|---|---|---|
| HAWAII SEA SPIRITS, LLC, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:14-CV-447-S |
| | ) | |
| | ) | |
| MClAIN & KYNE, LTD., | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | |

**VOLUNTARY STIPULATION OF DISMISSAL**

Pursuant to FED. R. CIV. P. 41(a)(1), Plaintiff, Hawaii Sea Spirits, Inc., hereby voluntarily withdraws its Complaint against Defendant, McLain & Kyne, Ltd., and dismisses all claims therein.

Respectfully submitted,

*/s/Lisa C. DeJaco*

Lisa C. DeJaco
ldejaco@wyattfirm.com
Matthew A. Williams
mwilliams@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
Phone: (502) 562-7378

***Counsel for Plaintiff,***
***Hawaii Sea Spirits, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Michael Aschen
maschen@lawabel.com
ABELMAN FRAYNE & SCHWAB
666 Third Avenue
New York, NY 10017
Phone (212)885-9207

*/s/ Lisa C. DeJaco*
Lisa C. DeJaco